444

**Anna HARRIS and Morris Harris, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12060.

United States Court of Appeals
Ninth Circuit.

July 13, 1949.

Dana Latham, Henry C. Diehl and D. Webster Egan, Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Louise Foster and Carlton Fox, Sp. Assts. to Atty. General, for respondent.

Before STEPHENS, BONE and ORR, Circuit Judges.

PER CURIAM.

On authority of Commissioner of Internal Revenue v. Culbertson, decided June 27, 1949, 69 S.Ct. 1210 the decision of the Tax Court, 10 T.C. 818, is reversed and the cause is remanded to the Tax Court for further proceedings in conformity with the opinion of the Supreme Court of the United States in the said case of Commissioner of Internal Revenue v. W. O. Culbertson, Sr., and Gladys Culbertson.

Reversed and remanded.

Judge STEPHENS did not participate in this decision.

---

**In the Matter of SUPERB DINER, Inc., Bankrupt, Samuel Green, Appellant.**

No. 9839.

United States Court of Appeals
Third Circuit.

Argued May 17, 1949.

Decided June 6, 1949.

---

Abram A. Golden, Newark, N. J., for appellant.

Harry G. Cohen, Newark, N. J., for receiver and trustee.

Milton B. Levin, Newark, N. J., for lienor, Jerry O'Mahoney.

A. King Braelow, Newark, N. J., for appellee.

Before O'CONNELL and KALODNER, Circuit Judges, and LEAHY, District Judge.

PER CURIAM.

The assorted allegations made by appellant are reiterations of similar assertions which he presented before the referee and the district judge. Extensive hearings held to determine the validity of the charges made by appellant disclosed, to the satisfaction of the referee and the district judge, that appellant was actually engaged on what was characterized as a "fishing expedition." We note in passing that appellant, with personal knowledge of the bankruptcy proceedings, apparently elected to withhold his claim and participation in those proceedings, with the expectation that through private negotiation he could obtain full payment of his claim, once the bankruptcy proceedings had terminated. Careful review of the record and authorities cited by appellant leads us to the conclusion that the district court acted properly in issuing the orders from which the instant appeal has been taken. The orders will accordingly be affirmed.